No. 914. GERNIE ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Jacob W. Friedman* for petitioners. *Solicitor General Rankin, Assistant Attorney General Anderson* and *Beatrice Rosenberg* for the United States.

No. 924. MACFADDEN *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied. *Sydney A. Gutkin* and *Jerome R. Miller* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, Robert N. Anderson* and *Sheldon I. Fink* for respondent.

No. 935. BOOMHOWER, INC., *v.* H. G. FISCHER & CO., INC., ET AL. C. A. 7th Cir. Certiorari denied. *Thaddeus G. Benton* for petitioner. *Russell B. Burt* for respondents.

No. 946. DULIEN STEEL PRODUCTS, INC., *v.* CONNELL. C. A. 5th Cir. Certiorari denied. *Irwin Geiger* and *Michael A. Schuchat* for petitioner. *Philip H. Mecom* for respondent.

No. 964. LOU JOHNSON CO., INC., ET AL. *v.* MOIST COLD REFRIGERATOR CO., INC. C. A. 9th Cir. Certiorari denied. *J. Pierre Kolisch, Frank H. Uriell, Charles L. Byron* and *William E. Lucas* for petitioners. *T. Roland Berner* and *Aaron Lewittes* for respondent.

No. 980. MORRISON, MAYOR OF NEW ORLEANS, ET AL. *v.* DAVIS ET AL. C. A. 5th Cir. Certiorari denied. *Jack P. F. Gremillion*, Attorney General of Louisiana, *William P. Schuler*, Assistant Attorney General, and *Alvin J. Liska* for petitioners. *A. P. Tureaud* for respondents.